IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BARWON FARMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26CV924 |
| | ) | |
| SPILLMAN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**O R D E R**

The plaintiff seeks to proceed in this action *in forma pauperis*. The Court reviewed the plaintiff's Complaint as required by 28 U.S.C. § 1915A and finds it sufficient to proceed at this time. In reliance upon the representations set forth in the request, the Court finds that the plaintiff is unable to make an initial partial payment of the fees in this matter.

**IT IS THEREFORE ORDERED** that the plaintiff in the above-named action be, and is hereby, permitted to file and prosecute said action in this Court without prepayment of fees or giving security therefor, subject to the conditions set forth below.

**IT IS FURTHER ORDERED** that, as a condition of the plaintiff's proceeding *in forma pauperis*, the plaintiff's current custodian and/or trust officer shall, starting with the month of October of 2026, collect, set aside, and pay from

the plaintiff's trust account on a continuing basis 20 percent of the deposits to the plaintiff's account until the full filing fee and any costs, should they be assessed at a later date, have been paid in full.[1] Unless the Court orders otherwise and except for final payment, such payments shall be made each time the set aside balance in the plaintiff's account exceeds $10.00 until the $350.00 filing fee has been paid.

**IT IS FURTHER ORDERED** that all payments deducted in relation to this case shall be designated as made in payment of the filing fee for Civil Action No. 1:26CV924, and shall be paid to the Clerk, U.S. District Court for the Middle District of North Carolina. In the event the plaintiff is transferred to another institution, the balance due shall be collected and paid to the Clerk by the custodian at the plaintiff's next institution. A copy of this Order shall be sent to Plaintiff's current custodian.

---

[1]If the plaintiff is currently assigned to work release, the amounts set aside from work release earnings shall be treated as court costs under the North Carolina statutes governing priority of payouts for work release prisoners, N.C. Gen. Stat. § 148-33.1(f)(4). If the earnings in any month are not sufficient to cover the expenses listed in N.C. Gen. Stat. § 148-33.1(f)(1)-(f)(3a) without infringing on the set aside amount, then the excess expenses may be deducted from the set aside amount.

**IT IS FURTHER ORDERED** that the Clerk shall prepare and file requests for waivers of service for all of the defendants and proceed under the process for service set out in Standing Order 19 of this Court.

This, the 21st day of September, 2026.

JoAnna Gibson McFadden
United States Magistrate Judge